**Opinion issued May 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00686-CV

———————————

## IN RE INEOS AMERICAS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator INEOS Americas, LLC filed a petition for writ of mandamus challenging the trial court's August 22, 2025 order striking the designation of EnerChem Access, Ltd. as a responsible third party.[1]

---

[1] The underlying case is *Arturo Jimenez, et al. v. INEOS Americas, LLC and INEOS USA 1, Inc.*, cause number 2023-21180, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Collier presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot. The stay entered on August 29, 2025 is lifted.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.